[No. 20209–0–I. Division One. July 18, 1988.]

FRED H. TOLAN, *Respondent,* v. OLAV EKROM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–01600–7, Arthur E. Piehler, J., entered March 12, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse and Webster, JJ.

[No. 10632–9–II. Division Two. July 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN MAURICE HAMLETT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00692–3, J. Dean Morgan, J., entered December 22, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.

[No. 9694–3–II. Division Two. July 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL EUGENE HOLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00968–1, Thomas L. Lodge, J., entered March 21, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.